Maxim B. Litvak (CA Bar No. 215852)
Jason S. Pomerantz (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: mlitvak@pszjlaw.com
      jspomerantz@pszjlaw.com

Attorneys for inKind Cards Inc., inKind Credit
Fund LP, and inKind Warehouse Facility, LLC,
a Secured Creditor

**PACHULSKI STANG ZIEHL & JONES LLP**
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re | Case No. 26-30206 HLB |
|---|---|
| Project Pizza NOE, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of Secured Creditor, inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC in the above-captioned chapter 11 case, and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Secured Creditor by and through its counsel as follows:

PACHULSKI STANG ZIEHL & JONES LLP
Maxim B. Litvak (CA Bar No. 215852)
Jason S. Pomerantz (CA Bar No. 157216)
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: mlitvak@pszjlaw.com
Email: jspomerantz@pszjlaw.com

4908-0793-5894.1 42340.00001

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Secured Creditor to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: March 10, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maxim B. Litvak*

Maxim B. Litvak
Jason S. Pomerantz

*Attorneys for inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC, a Secured Creditor*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA