Maxim B. Litvak (CA Bar No. 215852)
Jason S. Pomerantz (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: mlitvak@pszjlaw.com
        jspomerantz@pszjlaw.com

Attorneys for inKind Cards Inc., inKind Credit
Fund LP, and inKind Warehouse Facility, LLC,
a Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 26-30206 HLB |
| Project Pizza NOE, LLC, | Chapter 11 |
| Debtor. | **RESERVATION OF RIGHTS AND LIMITED OBJECTION TO MOTION FOR APPROVAL OF USE OF CASH COLLATERAL** |
| | Date: March 12, 2026<br>Time: 2:00 p.m.<br>Place: Via Zoom or in Person<br>Judge: Hon. Hannah L. Blumenstiel |

inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC, (collectively, "inKind") submits this reservation of rights and limited objection to the *Motion for Approval of Use of Cash Collateral* [ECF No. 5] (the "Motion"),[1] filed by Project Pizza NOE, LLC (the "Debtor").

1.      inKind is a secured creditor of the Debtor with a lien on substantially all personal property assets of this estate. inKind is owed approximately $230,141 (reflecting 70% of $328,773 in outstanding customer credits) by the Debtor as of the Petition Date.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. inKind has begun discussions with the Debtor regarding appropriate provision of adequate protection to inKind, including the agreement of the Debtor to continue to honor credits that inKind has purchased for restaurant customers. Further, inKind has requested a proposed form of interim order approving the Motion. No agreement has yet been reached with the Debtor and no proposed form of interim order has yet been provided to inKind.

3. inKind therefore reserves all rights to the Motion and submits this limited objection to the extent that the adequate protection offered to inKind by the Debtor is insufficient.

Dated: March 11, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By /s/ Maxim B. Litvak
Maxim B. Litvak
Jason S. Pomerantz

Attorneys for inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC, a Secured Creditor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA